**Harold SADOFF, Relator,**

v.

**HAROLD SADOFF & ASSOCIATES, Respondent.**

No. C5–85–1096.

Supreme Court of Minnesota.

Oct. 30, 1985.

Trawick & Smith, George H. Smith, Minneapolis, for relator.

Collins, Buckley, Sauntry & Haugh, Patrick T. Tierney, Eugene D. Buckley, St. Paul, for respondent.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals, filed May 9, 1985, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subd. 1(b) (1985).